**DZS Inc. (DZSI)**                                               **Keith Link**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 3/27/2023 | 46 | $8.1500 |
| Purchase | 5/16/2023 | 1,170 | $6.7500 |